Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MULHOLLAND MACHINERY CORPORATION, Appellant, v. CAMDEN FIRE INSURANCE ASSOCIATION OF CAMDEN, NEW JERSEY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MULHOLLAND MACHINERY CORPORATION, Appellant, v. GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

F. M. WELLES CORPORATION, Respondent, v. CHARLES G. COOPER, Defendant, Impleaded with JEFFERSON HOMES, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNIE BERMAN, Respondent, v. FRANK GIL, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK ROCCO.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

WALTER J. McCLELLAND, Appellant, v. CLIMAX HOSIERY MILLS, etc., Respondent.— Judgment and orders so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WILLIAM HAINES and JULIUS CAPLAN, Respondents, v. MONTE CARLO GARAGE, INC., and Others, Appellants, Impleaded, etc.— Judgment and orders reversed and a new trial ordered, with costs to appellants to abide the event, on the ground that the verdict is against the weight of evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THOMAS REILLY, Respondent, v. JOHN McMILLAN COMPANY, Appellant, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

T. A. GILLESPIE COMPANY, Respondent, v. CARL H. FOWLER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of DANIEL BUCKLEY, Deceased. EDWARD J. DWYER and Another, Trustees, Respondents, Appellants; ELIZABETH T. CLARY and Another, Appellants, Respondents.— Decree so far as appealed from by appellants Clary and Buckley affirmed. Decree so far as appealed from by the special guardian and trustees reversed, all the expenditures to which the appeal relates to be charged to income, with costs of this appeal to said appellants, payable out of the estate, and proceedings remitted to the surrogate of the county of New York for further action in accordance with the order herein. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SAMUEL SALVIN, Appellant, v. ARTHUR S. FRIEND and Others, Respondents.— Judgment affirmed as to defendants Arthur S. Friend and Park Lex Holding Corporation, with costs. Judgment reversed as to defendant George M. Garsson, with costs of this appeal to plaintiff against said defendant, and judgment directed in favor of plaintiff against said defendant in the sum of $10,805.60, with costs to be taxed. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.